UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Freda L. Wolfson
                                     Crim. No. 08-193
        v.                    :
                                     CONTINUANCE ORDER
PATRICIA DIAZ CABANILLAS      :

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Christine I. Magdo, Assistant U.S. Attorney), and defendant Patricia Diaz Cabanillas (by Selika Josiah, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___24___ day of ~~April~~ May, 2008,

IT IS ORDERED that the period from May 1, 2008, through June 1, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. FREDA L. WOLFSON
United States District Judge

Form and entry
consented to:

_____
PATRICIA DIAZ CABANILLAS

_____
SELIKAU JOSIAH, ESQ.
Counsel for defendant Patricia Diaz Cabanillas